

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2015

No. 04-15-00537-CV

Joshua **KALINCHUK**,
Appellant

v.

**JP SANCHEZ CONSTRUCTION, CO**.,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 30733
Honorable Robert Cadena, Judge Presiding

# O R D E R

Appellant's brief was due to be filed with this court on November 12, 2015. This court granted Appellant's first motion for extension of time to file his brief until December 3, 2015. On November 23, 2015, Appellant filed an unopposed second motion for extension of time to file his brief until January 15, 2016, for a total extension of sixty-four days.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court not later than January 15, 2016. *See* TEX. R. APP. P. 38.6(d).

**NO FURTHER EXTENSIONS OF TIME TO FILE APPELLANT'S BRIEF WILL BE GRANTED.** If Appellant fails to file his brief as ordered, the court may dismiss this appeal for want of prosecution. *See id.* R. 38.8(a)(1), 42.3(b).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2015.



Keith E. Hottle
Clerk of Court